1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    JAMES E. SMITH,                              1:06-CV-00310 AWI LJO P

10            Plaintiff,

11        vs.                                     ORDER TO SUBMIT APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
12   SCRIBNER, et al.,                            **OR**  FILING FEE

13

             Defendants.
14   _____/

15            Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.   Accordingly, IT IS HEREBY

18   ORDERED that:

19            1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21            2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24

25   IT IS SO ORDERED.

26   **Dated:     April 4, 2006**                        **/s/ Lawrence J. O'Neill**
         i0d3h8                                   UNITED STATES MAGISTRATE JUDGE
27

28