UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:06-CV-00310 AWI LJO P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #8) |
| SCRIBNER, et al., | ) ) | |
| Defendants. | ) ) ) | |

On May 22, 2006, plaintiff filed a motion to extend time to submit his application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to submit his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   June 6, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE