# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-00310-AWI-LJO-P<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br><br>(Doc. 6)<br><br>ORDER DENYING MISCELLANEOUS MOTIONS FOR RELIEF<br><br>(Docs. 5 and 7) |

      Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil action. Plaintiff filed this suit on March 22, 2006. On April 14, 2006, plaintiff filed a motion for the relief he is seeking under the First and Fourteenth Amendments, and a motion for a court order requiring the California Department of Corrections and Rehabilitation (CDCR) to process his payment of the filing fee or his application to proceed in forma pauperis. On April 17, 2006, plaintiff filed a miscellaneous motion for relief.

      Plaintiff's motion for a court order requiring CDCR to process his payment of the filing fee or his application to proceed in forma pauperis was not signed and shall therefore be stricken from the record. Local Rule 7-131; Fed. R. Civ. P. 11(a).

      Plaintiff's April 14 motion requesting the relief he is seeking under the First and Fourteenth Amendments sets forth neither a basis entitling plaintiff to relief nor any recognizable request for legitimate relief. Plaintiff cites to 28 U.S.C. § 566 in support of his motion. Section 566 sets forth

///

the powers and duties of the United States Marshal, and provides no basis upon which plaintiff may be awarded relief by the court.

Plaintiff's April 17 motion is disjointed, rambling, and generally confusing, and sets forth no legitimate request for court action at this juncture. Plaintiff concludes his purported motion by requesting the court "grant plaintiff equal benefits, privieges [sic] and immunities afforded other citizens of this State, grant plaintiff adequate medical treatment and care, grant plaintiff attorney fees, grant plaintiff a jury trial, access to the Jusitce [sic] Act, declare that plaintiff have a cognizable property interest and grant plaintiff punitive damages, nominal damages, compensatory damages and equitable relief and any other and further relief this Court deems just, proper and equitable." (Doc. 7, pg. 5.) These forms of relief, are properly set forth in a pleading. The operative pleading in this action was filed on March 22, 2006. Plaintiff may not add to his pleading in this manner, and his filing, to the extent it is a motion for immediate relief, sets forth no grounds entitling plaintiff to any legitimate relief.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a court order requiring CDCR to process his payment of the filing fee or his application to proceed in forma pauperis, filed April 14, 2006, is STRICKEN from the record on the ground that it was not signed by plaintiff; and

2. Plaintiff's motion requesting the relief he is seeking under the First and Fourteenth Amendments, filed April 14, 2006, and plaintiff's miscellaneous motion, filed April 17, 2006, are DENIED.

IT IS SO ORDERED.

**Dated:    August 16, 2006**         /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE

2