UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:06-CV-00310 AWI LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS |
| v. | ) | |
| | ) | |
| SCRIBNER, et al., | ) | |
| | ) | (DOCUMENT #12) |
| | ) | |
| Defendants. | ) | OBJECTIONS DUE WITHIN THIRTY DAYS |

On September 20, 2006, plaintiff filed what is in part a motion to extend time to file an objection to the Findings and Recommendations filed on August 18, 2006. Plaintiff's motion is largely rambling and nonsensical, and non-responsive to the proceedings in this action. The court will grant plaintiff's request for an extension of time to file an objection. The remainder of plaintiff's commentary is disregarded in its entirety.

Plaintiff's motion for an extension of time is HEREBY GRANTED and plaintiff has **thirty (30) days** from the date of service of this order in which to file an objection to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   October 10, 2006**           /s/ Lawrence J. O'Neill
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE