# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCRIBNER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00310-AWI-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(Doc. 27) |

Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. On March 1, 2007, plaintiff filed a motion seeking an extension of time to file an amended complaint in compliance with the court's order of January 25, 2007.

Good cause having been shown, plaintiff's motion is HEREBY GRANTED, and plaintiff shall file an amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

　　Dated:　**March 19, 2007**　　　　　　　　　**/s/ Dennis L. Beck**
i0d3h8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1