UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:06-cv-00310-AWI-NEW (DLB) PC |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** |
| vs. | (Doc. 25) |
| SCRIBNER, et al., | |
|     Defendants. | **ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF, FOR MANDAMUS, AND TO COMPEL** |
|                                  / | (Doc. 13, 14, 18, 20, 28) |

    Plaintiff James E. Smith ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 25, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed any objection to the Magistrate

1

1  Judge's Findings and Recommendations.

2       In accordance with the provisions of 28 U.S.C. §
3  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
4  novo</u> review of this case.  Having carefully reviewed the entire
5  file, the Court finds the Findings and Recommendations to be
6  supported by the record and by proper analysis.  It shall be
7  adopted in full, and plaintiff's motions for preliminary
8  injunctive relief, for mandamus, and to compel shall be denied.

9       On March 15, 2007, plaintiff filed another motion seeking a
10 writ to sue the State of Washington, pursuant to 28 U.S.C. §
11 1651.  Plaintiff's motion is groundless and shall be denied.

12      Accordingly, IT IS HEREBY ORDERED that:

13      1.   The Findings and Recommendations, filed January 25,
14 2007, is ADOPTED IN FULL; and,

15      2.   Plaintiff's motions for preliminary injunctive relief,
16 for mandamus, and to compel, filed September 20, 2006, December
17 11, 2006, December 26, 2006, and March 15, 2007, are DENIED.

19 IT IS SO ORDERED.

20 **Dated:   March 22, 2007**                **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE